UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RASLYN COBBIN-WOOTEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2389 |
| | § | |
| INVESCO LTD. | § | |
| and | § | |
| INVESCO INC. | § | |
| and | § | |
| INVESCO ADVISORS, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the jury award and the statutory fees permitted, the Court enters this judgment as follows:

a) Damages: $760,000;

b) Interest on the jury damages at the rate of 6% interest from July 3, 2019 to the date of this judgment;

c) Attorneys' fees of $280,250;

d) Cost of Court $35,208; and,

e) Interest on the entire award of damages and cost at the rate of 0.15% per annum until paid.

This is a Final Judgment.

SIGNED on this 10th day of November, 2021.

_____
Kenneth M. Hoyt
United States District Judge